**No. 62103.**—Jay Trading Co. v. United States, protests 166676–K and 172075–K (New York).

Opinion by DONLON, J.   In accordance with stipulation of counsel that the merchandise consists of olives in brine similar in all material respects to those the subject of *Moscahlades Bros., Inc.* v. *United States* (39 Cust. Ct. 127, C. D. 1917), the claim of the plaintiff was sustained.